

**United States Department of Justice**

*United States Attorney's Office*
*Western District of Louisiana*

*United States Courthouse*  *United States Courthouse*
*300 Fannin Street, Suite 3201*  *800 Lafayette Street, Suite 2200*
*Shreveport, Louisiana  71101*  *Lafayette, Louisiana 70501*
*Phone: 318-676-3600*  *Phone: 337-262-6618*
*Fax:  318-676-3660*  *Fax:  337-262-6682*

December 16, 2024

Honorable Lyle W. Cayce, Clerk
U. S. Court of Appeals for the Fifth Circuit
600 South Maestri Place
New Orleans, LA 70130

    RE:   *United States* v. *Brennan James Comeaux*
           Fifth Circuit No. 24-30307
           District Court No. 6:23-CR-183-1

Dear Mr. Cayce:

Pursuant to Federal Rule of Appellate Procedure 28(j), the government submits the following regarding *United States* v. *Saleem*, 2024 WL 5084523 (4th Cir. Dec. 12, 2024), a recent decision relevant to the disposition of this appeal:

In *Saleem*, the Fourth Circuit addressed a Second Amendment challenge to 26 U.S.C. § 5861(d), the same law at issue in this appeal. Arbab Saleem challenged the denial of his motion to dismiss his indictment, arguing, in part, "that silencers are considered arms that fall within the scope of Second Amendment protection." *Saleem*, 2024 WL 5084523, at *1–*2. The Fourth Circuit "disagree[d]." *Id.* at *2. The court concluded that, "[w]hile a silencer may be a firearm accessory, it is not a 'bearable arm,'" and thus, "a silencer does not fall within the scope of the Second Amendment's protection." *Ibid.* The court accordingly upheld Saleem's indictment under Section 5861(d).

In this appeal, the government argued in its response brief that silencers are not "Arms" covered by the Second Amendment. Government's Brief, at 10–19. Though many district courts have issued opinions on this issue agreeing with the government's position, *see* Government's Brief, at 12–13 (collecting cases), the government is aware of only one circuit court that has issued a published opinion on this question. *See United States* v. *Cox*, 906 F.3d 1170, 1186 (10th Cir. 2018) (holding that a "silencer is a firearm accessory," and therefore "it can't be a 'bearable arm' protected by the Second Amendment"). In *Saleem*, the Fourth Circuit agreed with the Tenth Circuit that silencers are not "arms" under the Second Amendment. Although an unpublished decision, *Saleem* thus adds to federal courts' growing consensus that silencers fall outside the scope of the Second Amendment's protection.

          Very truly yours,

          BRANDON B. BROWN
          United States Attorney

    By: *s/ Austin W. Piatt*
       AUSTIN W. PIATT
       Attorney, United States
       Department of Justice
       (202) 227-6370

AWP/lsa

cc: Mr. Dustin C. Talbot *(via Court's electronic filing system)*

# CERTIFICATE OF SERVICE AND COMPLIANCE WITH ECF FILING STANDARDS

I hereby certify that a copy of the foregoing 28(j) letter on behalf of Appellee, The United States of America, was filed electronically with the Fifth Circuit Court of Appeals using the electronic filing system. Notice of this filing will be sent to counsel of record either by operation of the court's electronic filing system and/or via United States Mail to:

Mr. Dustin C. Talbot
Appellate Chief
Federal Public Defender's Office
Middle and Western Districts of Louisiana
102 Versailles Boulevard, Suite 816
Lafayette, LA 70501

In addition, I hereby certify that: (1) all required privacy redactions have been made pursuant to 5th Cir. R. 25.2.13; (2) the electronic submission is an exact copy of the paper document pursuant to 5th Cir. R. 25.2.1; and, (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

Washington, D.C., this the 16th day of December, 2024.

BY: *s/ Austin W. Piatt*
AUSTIN W. PIATT
DC Bar # 90018092
Attorney, United States
Department of Justice
(202) 227-6370

# CERTIFICATE OF COMPLIANCE

1. This Rule 28(j) letter complies with the type-volume limitation of Fed. R. App. P. 28(j) because:

    (a) This letter contains **286** words.

2. This letter complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    (a) This brief has been prepared in a proportionally spaced typeface using:

    Software Name and Version – **Microsoft Word Office 365**;

    in Typeface Name and Font Size - **Century Schoolbook 14 pt.**

*s/Austin W. Piatt*  
AUSTIN W. PIATT  
DC Bar # 90018092  
Attorney, United States  
Department of Justice

December 16, 2024  
Date